MIDWOOD DISCOUNT CORPORATION, Respondent, v. ALBANY INSURANCE COMPANY, Appellant, and Another, Defendant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

MURPHY DOOR BED COMPANY, INC., Respondent, v. YSMARDEL, INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

RICHARD J. PEARL, Respondent, Appellant, v. SEVENTH AVENUE FILM Co., LTD., and REGINALD REUBENSON, Appellants, Respondents.— Motion for leave to appeal to the Court of Appeals granted. The questions certified are: (1) Does the complaint state facts sufficient to constitute the causes of action therein set forth respectively for an accounting and a conversion of funds? (2) Was the order of arrest of defendant Reubenson properly granted? Stay granted on condition that within five days from the entry of the order herein respondent, appellant, file an undertaking with corporate surety for the payment of costs in all courts in the event that the appeal be decided adversely to him; otherwise, motion for stay denied. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ. [See 237 App. Div. 911.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PATRICK J. KENT, Relator, v. EDWARD P. MULROONEY, as Police Commissioner of the Police Department of the City of New York, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

MOSES ROTHSTEIN and Another, etc., Respondents, v. " BENJAMIN " ROSMAN, Also Known as " BENJAMIN " WEISSMAN, etc., Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

OTTO SCHWARTZ, Respondent, v. CHARLES PALLEY, as Receiver of the WILLIAMSBURG MUTUAL FINANCE ASSOCIATION, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

DOMINICK STANZIONE, Respondent, v. JACOB SCHUSTER, Appellant, and RALPH VERNI, Defendant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

EDWIN A. TOULON, Respondent, v. GRACE STEAMSHIP COMPANY, Defendant, and GRACE LINE, INC., Appellant.— Motion for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ. [See 237 App. Div. 892.]